IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lorin-Kal Buckner,

   Plaintiff(s),

vs.

Noah E. Powers, II, et al.,

   Defendant(s).

Case Number: 1:19cv92

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 2, 2019 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 21, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED sua sponte.

Plaintiff is directed to pay to the Clerk of this Court a monetary sanction in the amount of $500 based upon his contumacious conduct in filing this patently frivolous lawsuit, because res judicata applies and no federal jurisdiction exists.

Plaintiff is further precluded from initiating any further civil lawsuit in a United States District Court, whether as a plaintiff or through a Notice of Removal as a defendant, which either challenges the rulings of the Butler County Court of Common Pleas in the same state court foreclosure case or which related to the claims previously dismissed or remanded by this Court.

IT IS SO ORDERED.

                *Susan J. Dlott*
                Judge Susan J. Dlott
                United States District Court